**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| **JANE DOE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**COMMONWEALTH OF VIRGINIA, VIRGINIA COMMUNITY COLLEGE SYSTEM, AND THOMAS NELSON COMMUNITY COLLEGE,**<br><br>**Defendants.** | ) | **Civil Action No. _____________**<br>**TRIAL BY JURY DEMANDED** |

**PLAINTIFF'S MOTION FOR LEAVE TO PROCEED PSEUDONYMOUSLY**

Plaintiff, by counsel, respectfully moves this Court for leave to permit her to proceed in this action under the pseudonym Jane Doe. Pseudonymity is warranted here. Specifically, Plaintiff satisfies the balance of the factors warranting pseudonymity under *James v. Jacobson*, 6 F.3d 233 (4th Cir. 1993). First, Plaintiff's pseudonymity is necessary to preserve the confidentiality of Plaintiff's employment information, which, uniquely in this action, involves false, highly-stigmatizing, and sensitive accusations concerning race. Second, public disclosure of Plaintiff's real name in conjunction with such accusations poses a risk of retaliatory harm to Plaintiff. Third, Plaintiff's action challenges government activities and is only against a government entity. Finally, because Defendants already know Plaintiff's identity, no unfairness or prejudice will result from pseudonymity. On the whole, Plaintiff's privacy interests substantially outweigh the presumption of openness in this action.

In support of this request, Plaintiff has filed a Brief in Support of Motion for Leave to Proceed Pseudonymously. She incorporates her Brief in Support herein.

WHEREFORE, this Court should grant this Motion for Leave to Proceed Pseudonymously, permit Plaintiff to proceed as Jane Doe, and grant Plaintiff any other relief deemed appropriate or necessary to protect her identity from public disclosure.

**Respectfully submitted,**

_____/s/____________________

Nicholas Simopoulos, VSB #68664
Simopoulos Law, PLLC
11 South 12th Street
Richmond, Virginia 23219
(804) 220-5755
nicholas@simopouloslaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of May, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and served via electronic mail a copy of the same upon Defendants as follows:

Noëlle L. Shaw-Bell, Esquire
Assistant Virginia Attorney General
300 Arboretum Place, Ste 200
Richmond, Virginia 23236
(804) 819-4432
Nshaw-bell@vccs.edu

_____/s/______________________

Nicholas Simopoulos, VSB #68664
Simopoulos Law, PLLC
11 South 12th Street
Richmond, Virginia 23219
(804) 220-5755 (Tel)
nicholas@simopouloslaw.com
*Counsel for Plaintiff*