**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | |
|---|---|
| **JANE DOE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**COMMONWEALTH OF VIRGINIA, VIRGINIA COMMUNITY COLLEGE SYSTEM, AND THOMAS NELSON COMMUNITY COLLEGE,**<br><br>**Defendants.** | **Civil Action No. _____________**<br>**TRIAL BY JURY DEMANDED** |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Leave to Proceed Pseudonymously and any opposition thereto, and it otherwise appearing appropriate to do so, this Court on this ________ day of _____________________, 2022 hereby **ORDERS** that Plaintiff's motion is **GRANTED**. It is **FURTHER**

**ORDERED** that all Parties shall refer to Plaintiff throughout the entirety of this action solely under the pseudonym Jane Doe;

**ORDERED** that all Parties must redact or submit pursuant to a motion to seal all documents and exhibits to the extent such documents and exhibits contain Plaintiff's real identity or name or other information otherwise naming or identifying Plaintiff; and

**ORDERED** that the Parties must submit unredacted versions of documents and exhibits to chambers.

Date: _________________________

________________________________
United States District Court Judge