IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| **JANE DOE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   No. 4:22-cv-60-EWH-LRL |
| | ) |
| **COMMONWEALTH OF VIRGINIA,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF SETTLEMENT

Plaintiff Jane Doe, by counsel, hereby notifies this Court that all Parties, namely Plaintiff Jane Doe and Defendants the Commonwealth of Virginia and Virginia Community College System, have reached a settlement in this action and for all claims and are presently working together to prepare and finalize a written settlement agreement. Within twenty-one (21) days of this filing of this Notice of Settlement or such other time period as this Court may order, the Parties shall submit a Stipulation of Dismissal with Prejudice or Dismissal Order for entry by the Court.

**Respectfully Submitted,**

_____/s/_____
Nicholas Simopoulos, VSB #68664
Simopoulos Law, PLLC
11 South 12th Street
Richmond, Virginia 23219
(804) 220-5755
nicholas@simopouloslaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

_____/s/_____
Nicholas Simopoulos
VSB No. 68664
Simopoulos Law, PLLC
11 South 12th Street
Richmond, Virginia 23219
(804) 220-5755 (Tel)
nicholas@simopouloslaw.com
*Counsel for Plaintiff*