**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:22-cv-60-EWH-RJK |
| | ) |
| COMMONWEALTH OF VIRGINIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, by undersigned counsel, hereby jointly stipulate to the dismissal with prejudice of this action. The parties have resolved the action and shall bear their own attorneys' fees, costs, and expenses. A proposed Order of Dismissal with Prejudice is attached.

Respectfully Submitted,

| | |
|---|---|
| **COMMONWEALTH OF VIRGINIA, VIRGINIA COMMUNITY COLLEGE SYSTEM,** | **JANE DOE,** |
| */s/ Robyn H. Hansen* (*by permission*) | */s/* |
| Robyn H. Hansen (VSB No. 23134) | Nicholas Simopoulos (VSB No. 68664) |
| Brian G. Muse (VSB No. 47218) | Simopoulos Law, PLLC |
| Katharine W. Durante, (VSB No. 90207) | 11 South 12th Street |
| SANDS ANDERSON PC | Richmond, Virginia 23219 |
| 263 McLaws Circle, Suite 205 | Telephone: (804) 220-5755 |
| Williamsburg, VA 23185 | Email: nicholas@simopouloslaw.com |
| Telephone: (757) 208-0301 | *Counsel for the Plaintiff* |
| Facsimile: (757) 378-5409 | |
| E-mail: rhansen@sandsanderson.com | |
| E-mail: bmuse@sandsanderson.com | |
| E-mail: kdurante@sandsanderson.com | |
| *Counsel for Defendants* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of December, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for Defendants.

_____/s/_____
Nicholas Simopoulos (VSB No. 68664)
Simopoulos Law, PLLC
11 South 12th Street
Richmond, Virginia 23219
(804) 220-5755 (Tel)
nicholas@simopouloslaw.com
*Counsel for Plaintiff*